UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-09543-HDV-MARx | Date | January 8, 2024 |
| Title | *Jeanne Kelly v. Sanofi US Services Inc. et al* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ordered to show cause, in writing, no later than January 16, 2024, why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

**x**   Proof of service of summons and complaint.

___   Response to the complaint by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

___   Application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b).

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**